1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SERGIO CEJA-MOJICA

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,              )   CASE NO. CR-S-08-298 JAM
10                                         )
                 Plaintiff,                )
11                                         )   STIPULATION AND ORDER TO CONTINUE
        v.                                 )   STATUS HEARING AND TO EXCLUDE TIME
12                                         )   PURSUANT TO THE SPEEDY TRIAL ACT
                                           )
13  SERGIO CEJA-MOJICA,                    )
                                           )
14               Defendant.                )
   _____

15

16       This case is currently scheduled for a status hearing on November 18, 2008.  The attorneys for both

17  parties have conferred and agree that additional time is needed for defense preparation and meetings

18  between the parties with the goal being to resolve the case by way of a disposition.

19       The parties, through their respective counsel, hereby stipulate and agree that the status conference

20  scheduled in this case for November 18, 2008, be continued until December 9, 2008.  In addition, the

21  parties stipulate that the time period from November 18, 2008, to December 9, 2008, be excluded under the

22  Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense

23  counsel with the reasonable time to prepare.

24       A proposed order is attached and lodged separately for the court's convenience.

25

26

27

28                                             1

1  DATED:November 14, 2008

2
                     Respectfully submitted,
3
   McGREGOR W. SCOTT                    DANIEL BRODERICK
4  United States Attorney               Federal Defender

5

6   /s/ Lexi Negin for                        /s/ Lexi Negin
   DANIEL MCCONKIE                       LEXI NEGIN
7  Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for United States            Attorney for Sergio Ceja-Mojica
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4
UNITED STATES OF AMERICA,              )    CASE NO. CR-S-08-298 JAM
5                                       )
                Plaintiff,              )
6                                       )
        v.                              )    ORDER CONTINUING STATUS HEARING
7                                       )    AND EXCLUDING TIME PURSUANT TO THE
                                        )    SPEEDY TRIAL ACT
8   SERGIO CEJA-MOJICA,                 )
                                        )
9                Defendant.             )
10  _____

11          For the reasons set forth in the stipulation of the parties, filed on November 14, 2008,  IT IS

12  HEREBY ORDERED that the status conference currently scheduled for November 18, 2008,  be vacated

13  and that the case be set for Tuesday, December 9, 2008 at 9:30 a.m.  The Court finds that the ends of justice

14  to be served by granting a continuance outweigh the best interests of the public and the defendant in a

15  speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' November

16  14, 2008 stipulation, the time under the Speedy Trial Act is excluded from November 18, 2008, through

17  December 9, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to

18  provide defense counsel with the reasonable time to prepare.

19

20  Dated:   11/14/2008

21                                          /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
22                                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28                                          2